**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts, and ANTHONY D. GULLUNI, in his official capacity as Hampden County District Attorney, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:26-cv-10513 |

## DEFENDANTS' MOTION TO DISMISS

Defendants, the Attorney General of Massachusetts and the Hampden District Attorney, move to dismiss the complaint (Doc. 1) under Fed. R. Civ. P. 12(b)(1).  For the reasons set forth in the accompanying memorandum of law, the Court should dismiss the complaint, with prejudice.

## REQUEST FOR ORAL ARGUMENT

Defendants request oral argument on this Motion.

Respectfully submitted,

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts, and ANTHONY D. GULLUNI, in his official capacity as Hampden County District Attorney,

By their attorneys,

*/s/ Mikaila V. Smith*
Mikaila V. Smith, BBO No. 716293

1

Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2022
Mikaila.Smith@mass.gov


*/s/ John Rockwell Hitt*
John R. Hitt, BBO No. 567235
Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(510) 727-2200
John.Hitt@mass.gov

Dated: April 27, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system, with copies sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and that a paper copy will be mailed by first class mail, postage prepaid, to non-registered participants on April 27, 2026.

/s/ *John R. Hitt*
John R. Hitt
Assistant Attorney General

April 27, 2026


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that on April 23, 2026, the parties conferred by Microsoft Teams in a good-faith attempt to resolve or narrow the issues before filing this Motion.

s/ *John R. Hitt*
John R. Hitt
Assistant Attorney General

April 27, 2026

2