**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-10513-GAO |
| ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts; ANTHONY D. GULLUNI, in his official capacity as Hampden County District Attorney, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ASSENTED-TO MOTION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

Plaintiff People for the Ethical Treatment of Animals, Inc. ("Plaintiff" or "PETA") respectfully moves this Court for a seven-day extension of its deadline to file an opposition to Defendants' Motion to Dismiss (ECF 13 and 14) the Complaint (ECF 1). In support of this motion, Plaintiff states:

1.      Plaintiff filed its Complaint on February 2, 2026. The Complaint challenges the constitutionality of the Massachusetts Wiretap Statute, M.G.L. c. 272, § 99(C) ("Section 99").

2.      On April 27, 2026, Defendants filed a Motion to Dismiss the Complaint, which challenges Plaintiff's standing and the ripeness of Plaintiff's claim.

3.      Pursuant to Local Rule 7.1(b)(2), Plaintiff's current deadline to oppose the Motion to Dismiss is May 11, 2026.

- 1 -

4.    Counsel for Plaintiff has been working diligently on Plaintiff's Opposition to the Motion to Dismiss, but requires a short one-week extension due to counsels' schedules and caseloads.

5.    Counsel for the Plaintiff has consulted with counsel for the Defendants, and the Defendants assent to the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that this Court extend by seven days, until May 18, 2026, Plaintiff's deadline for opposing the Motion to Dismiss.

May 7, 2026                                    Respectfully submitted,

PEOPLE FOR THE ETHICAL TREATMENT
OF ANIMALS,
By its attorneys,


/s/ Alexandra H. Deal
Alexandra H. Deal
Paik Deal, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 439-0150
adeal@paikdeal.com

Aaron Frazier*
Foundation to Support Animal Protection (PETA
Foundation)
501 Front Street
Norfolk, VA 23510
(757) 622-7382
AaronF@PetaF.org

Chris Carraway*
The Animal Activist Legal Defense Project at the
University of Denver Sturm College of Law
2255 E. Evans Ave., Denver, CO 80210
(919) 272-1295
Chris.Carraway@du.edu

*Pro Hac Vice Admission

- 3 -

## <u>CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)</u>

I hereby certify that I have conferred with counsel for the Defendants and they have assented to this motion.

DATED: May 7, 2026                              /s/ Alexandra H. Deal
                                                Alexandra H. Deal